# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CALVIN ROUSSELL

VERSUS

CIRCLE K STORE, INC.

NO. 2021 CW 0060

**MARCH 02, 2021**

In Re:    Circle K Stores, Inc., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 187119.

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to provide a copy of the judge's reasons for judgment (if written), pertinent court minutes, or a file-stamped copy of the notice of intent and signed return date order, in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(7), (10), and (11). The court further directs relator to provide a copy of the transcript of the hearing on December 14, 2020, so that this court may determine what evidence, if any, was admitted at the hearing on the motion, if any new application is filed.

Supplementation of this writ application and/ or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2- 18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including documentation to show that the original writ application was timely, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before **April 01, 2021** and must contain a copy of this ruling.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT